**VAN–090** Order and Notice to File Claims – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

P.O. Box 791
Raleigh, NC 27602
**Raleigh Division**

IN RE:
Allens Civil Group, LLC
 ( debtor has no known aliases )
505 Willow Winds Drive
Raleigh, NC 27603

TaxID: 83–3515148

CASE NO.: 20–03225–5–DMW

DATE FILED: September 24, 2020

CHAPTER: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before **September 17, 2021** . Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim can be obtained at www.nceb.uscourts.gov, or at any bankruptcy clerk's office. It may be filed by regular mail.

As an alternative to filing by regular mail, the claim may be filed electronically at www.nceb.uscourts.gov by accessing the Proof of Claims section. ***When filing electronically, it is not necessary to complete a paper claim form.***

There is no fee for filing the proof of claim.

***Any creditor who has filed a proof of claim already need not file another proof of claim.***

DATED: June 15, 2021

Stephanie J. Butler
Clerk of Court