**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-03225 | | | Trustee Name: | James B. Angell |
|---|---|---|---|---|---|
| Case Name: | ALLENS CIVIL GROUP, LLC | | | Date Filed (f) or Converted (c): | 09/24/2020 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 11/06/2020 |
| | | | | Claims Bar Date: | 09/17/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | P.N. Allen | $950.00 | $950.00 | | $0.00 | FA | $0.00 | $0.00 |
| 2 | Chairs and couch. Unknown Liquidation | $200.00 | $200.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | Computer, 3 printers and accessories. Unknown Liquidation | $200.00 | $200.00 | | $0.00 | FA | $0.00 | $0.00 |
| 4 | 2018 Ford F-150 Unknown Liquidation | $22,000.00 | $0.00 | | $0.00 | FA | $24,000.00 | $0.00 |
| Asset Notes: | Lien Holder: SunTrust Bank | | | | | | | |
| 5 | Equipment trailer. Damaged. Unknown Liquidation | $500.00 | $500.00 | | $0.00 | FA | $0.00 | $0.00 |
| 6 | Tamp machine. Unknown Liquidation | $1,500.00 | $1,500.00 | | $0.00 | FA | $0.00 | $0.00 |
| 7 | Misc. tools. Unknown Liquidation | $1,000.00 | $1,000.00 | | $0.00 | FA | $0.00 | $0.00 |
| 8 | 2018 F-350 truck. | $27,750.00 | $0.00 | | $6,810.63 | FA | $36,228.91 | $0.00 |
| Asset Notes: | Lien Holder: Ford Motor Credit Company, LLC | | | | | | | |
| 9 | 2018 Dodge Ram 2500 | $23,750.00 | $0.00 | | $0.00 | FA | $47,509.89 | $0.00 |
| Asset Notes: | Lien holder: Ally Financial | | | | | | | |
| **TOTALS (Excluding unknown value)** | | **$77,850.00** | **$4,350.00** | | **$6,810.63** | **$0.00** | **$107,738.80** | **$0.00** |

**Major Activities affecting case closing:**

06/30/2021  THE TRUSTEE HAS RECEIVED PROCEEDS FROM THE SALE OF VEHICLES OWNED BY THE DEBTOR AND IS CURRENTLY REVIEWING CLAIMS IN ORDER TO PREPARE FOR CASE CLOSING.

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ JAMES ANGELL |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2021 | JAMES ANGELL |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 20-03225 | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | ALLENS CIVIL GROUP, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5148 | Checking Acct #: | ******3225 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 09/24/2020 | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 06/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2021 | (8) | FORD MOTOR CREDIT COMPANY | Excess proceeds from sale of vehicles | 1290-000 | $6,810.63 | | $6,810.63 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $3.08 | $6,807.55 |
| | | | TOTALS: | | $6,810.63 | $3.08 | $6,807.55 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,810.63 | $3.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,810.63 | $3.08 | |

For the period of 09/24/2020 to 06/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $6,810.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,810.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 06/21/2021 to 6/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $6,810.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,810.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| Case No. | 20-03225 | |
| Case Name: | ALLENS CIVIL GROUP, LLC | |
| Primary Taxpayer ID #: | **-***5148 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 09/24/2020 | |
| For Period Ending: | 06/30/2021 | |

| | |
|---|---|
| Trustee Name: | James B. Angell |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3225 |
| Account Title: | |
| Blanket bond (per case limit): | $3,763,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $6,810.63 | $3.08 | $6,807.55 |

**For the period of 09/24/2020 to 06/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $6,810.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,810.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/21/2021 to 6/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $6,810.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,810.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES ANGELL

JAMES ANGELL